IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL,<br><br>Plaintiff,<br><br>-vs-<br><br>DEB HAALAND, in her official capacity as Secretary of the Department of the Interior, et al.,<br><br>Defendants. | CV-22-62-BU-BMM<br><br>**ORDER** |

Plaintiff has moved for an order allowing Jessica Christy, Esq., and Brian Ertz, Esq. to appear *pro hac vice* in this case with Samuel Martin, Esq., designated as local counsel. (Docs. 3 and 4.) The applications of Ms. Christy and Mr. Ertz appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiff's motions to allow Ms. Christy and Mr. Ertz to appear on its behalf (Docs. 3 and 4) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Ms. Christy and Mr. Ertz must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. Admission is personal to Ms. Christy and Mr. Ertz, not the law firm they work for.

7. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 1st day of November, 2022.

_____
Brian Morris, Chief District Judge
United States District Court