# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNSEL,<br><br>Plaintiffs,<br><br>vs.<br><br>DEB HAALAND, et al.,<br><br>Defendants. | Cause No. 2:22-CV-62-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ADMINISTRATIVE RECORD** |

The Court has reviewed Federal Defendants' Unopposed Motion for Extension of Time to Lodge Administrative Record, (Doc. 15), and hereby GRANTS the motion.

Accordingly, IT IS ORDERED that the following schedule shall govern the dispositive briefing in this matter:

| | |
|---|---|
| Plaintiffs shall file any motions other than motions related to the administrative record or for summary judgment on or before: | June 16, 2023 |
| Federal Defendants shall certify and lodge an administrative record with the Court and serve that administrative record on Plaintiffs' counsel on or before: | June 23, 2023 |
| Plaintiffs shall file a motion to supplement or challenge the administrative record on or before: | June 30, 2023 |

1

Note: The filing of a motion to supplement the administrative record will suspend the Summary Judgment briefing schedule set forth below. The parties shall file a revised briefing schedule within 21 days of the Court's Order resolving any such motions.

| | |
|---|---|
| Plaintiffs shall file a motion for summary judgment and brief in support (limited to 10,000 words) and declarations in support of standing on or before: | July 25, 2023 |
| Federal Defendants shall file a combined cross-motion for summary judgment and response to Plaintiffs' motion for summary judgment (limited to 10,000 words) on or before: | September 1, 2023 |
| Plaintiffs shall file a combined response to Federal Defendants' cross-motion for summary judgment and reply in support of their motion for summary judgment (limited to 6,250 words) on or before: | September 29, 2023 |
| Federal Defendants shall file a reply in support of their cross-motion for summary judgment (limited to 6,250 words) on or before: | October 27, 2023 |

A continuance of any deadline set by this Order does not extend any other deadline, absent order of the Court permitting.

DATED this 5th day of June, 2023.

_____
Brian Morris, Chief District Judge
United States District Court