# UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | | |
|---|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL | ) ) ) | Case No. 2:22-cv-00062-BMM |
| *Plaintiffs,* | ) ) | |
| DEB HAALAND, et al. | ) ) ) | **ORDER ON JOINT MOTION TO VACATE BRIEFING SCHEDULE** |
| *Defendants.* | ) ) | |

Upon the Party's *Joint Motion to Vacate Briefing Schedule* pursuant to D. Mont. Local Rule 7.1 and good cause appearing,

IT IS ORDERED that:

1.     The briefing schedule approved on June 5, 2023, ECF No. 16, is hereby vacated and the Parties are ORDERED to file a new joint proposed briefing schedule either:

    a.     21 days after the Court denies Plaintiffs' anticipated motion for leave to amend their complaint, or

    b.     21 days after Federal Defendants file an answer to the amended complaint, or

    c.     if Federal Defendants file a motion to dismiss any portion of the amended complaint in lieu of filing an answer, 21 days after the Court resolves such motion.

DATED this 25th day of July, 2023.


Brian Morris, Chief District Judge
United States District Court