UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNSEL, <br><br> Plaintiffs, <br><br> v. <br><br> DEB HAALAND, et al., <br><br> Defendants. | Case No. 2:22-cv-00062-BMM <br><br> **ORDER** |

The Court has reviewed the Parties' Joint Proposed Briefing Schedule, ECF No. 24, and hereby adopts the proposed schedule. IT IS ORDERED that the following schedule shall govern the dispositive briefing in this matter:

| | |
|---|---|
| Plaintiffs shall file a motion for summary judgment and brief in support (limited to 10,000 words) and declarations in support of standing on or before: | December 4, 2023 |
| Federal Defendants shall file a combined cross-motion for summary judgment and response to Plaintiffs' motion for summary judgment (limited to 10,000 words) on or before: | February 2, 2024 |

1

| | |
|---|---|
| Plaintiffs shall file a combined response to Federal Defendants' cross-motion for summary judgment and reply in support of their motion for summary judgment (limited to 6,250 words) on or before: | March 8, 2024 |
| Federal Defendants shall file a reply in support of their cross-motion for summary judgment (limited to 6,250 words) on or before: | April 12, 2024 |

A continuance of any deadline set by this Order does not extend any other deadline, absent order of the Court permitting.

DATED this 14th day of November, 2023.

_____
Brian Morris, Chief District Judge
United States District Court