Sam Martin
DELLI BOVI AND MARTIN, LLC
30 W. 14th St. Ste. 204
Helena, MT 59601
(406) 438-6143
sam@sammartinlaw.com

Jessica Christy
CHRISTY LAW LLC
2055 S. Oneida St., Ste. 394
Denver, CO 80224
(720) 729-7841
jessica@christylaw.legal
*Admitted pro hac vice*

Brian Ertz
ERTZ LAW, PLLC
Post Office Box 665
Boise, ID 83701
(208) 918-1663
brian@ertzlaw.org
*Admitted pro hac vice*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL | )<br>)<br>) |
| *Plaintiffs,* | ) Case No. 2:22-cv-62-<br>) BMM<br>) |
| DEB HAALAND, in her official capacity as Secretary of the Department of the Interior; TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management; SONYA GERMANN, in her official capacity as Montana-Dakotas State Director at the Bureau of | )<br>)<br>)<br>) **MOTION FOR**<br>) **SUMMARY**<br>) **JUDGMENT**<br>) |

*Alliance for the Wild Rockies et al. v. Haaland et al.*

1

Land Management; LINDSEY BABCOCK, in her )
official capacity as Field Manager of the Butte Field )
Office, Bureau of Land Management; and )
UNNAMED AUTHORIZED OFFICER, who signed )
the Finding of No Significant Impact and Decision )
Record, )
                                              )
             *Defendants.* )

## MOTION FOR SUMMARY JUDGMENT

Plaintiffs hereby submit this *Motion for Summary Judgment* in reliance on the attached Opening Brief, Exhibits, and Statement of Undisputed Facts.

      Respectfully Submitted this 18th day of December, 2018,

                         Sam Martin
                         DELLI BOVI AND MARTIN, LLC
                         30 W. 14th St. Ste. 204
                         Helena, MT 59601
                         (406) 438-6143
                         sam@sammartinlaw.com
                         *Attorney for Plaintiffs*

                          /s/ Jessica Christy
                         Jessica Christy
                         CHRISTY LAW LLC
                         2055 S. Oneida St., Ste. 394
                         Denver, CO 80224
                         Telephone:  (720) 729-7841
                         Email:       jessica@christylaw.legal
                         *Admitted pro hac vice*

                         Brian Ertz
                         ERTZ LAW, PLLC
                         Post Office Box 665

Boise, ID 83701
(208) 918-1663
brian@ertzlaw.org
*Admitted pro hac vice*