UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ALLICANCE FOR THE WILD ROCKIES, AND NATIVE ECOSYSTEMS COUNCIL,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>DEB HAALAND, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF THE INTERIOR; TRACY STONE-MANNING, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE BUREAU OF LAND MANAGEMENT; SONYA GERMANN, IN HER OFFICIAL CAPACITY AS MONTANA-DAKOTAS STATE DIRECTOR AT THE BUREAU OF LAND MANAGMENT LINDSEY BABCOCK, IN HER OFFICIAL CAPACITY AS FIELD MANAGER OF THE BUTTE FIELD OFFICE, BUREAU OF LAND MANAGEMENT; AND UNNAMED AUTHORIZED OFFICER, WHO SIGNED THE FINDING OF NO SIGNIFICANT IMPACT AND DECISION RECORD,<br>　　　　　　Defendant. | CV-22-62-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Accordingly, IT IS ORDERED: Plaintiffs' Motion for Summary Judgment is DENIED. Defendants' Motion for Summary Judgment is GRANTED. .

     Dated this 1st day of July, 2024.

                       TYLER P. GILMAN, CLERK

                       By: /s/ Kelsey Hanning
                       Kelsey Hanning, Deputy Clerk